UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 25-2273 (RBW) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered January 13, 2026, Plaintiff, Judicial Watch, Inc., and Defendant, United States Department of State (hereinafter "Defendant" or "State") submit this Joint Status Report.

1. This case stems from Plaintiff's April 22, 2025 Freedom of Information Act ("FOIA") request, seeking "[a]ny and all records concerning, regarding, or relating to the April 2025 visit to El Salvador by Senator Chris Van Hollen. This request includes, but is not limited to, all related agendas, briefing materials, and records of communications." Compl. (ECF No. 1) ¶ 5.

2. State previously reported that it located approximately 2,500 potentially responsive records to Plaintiff's request, was conducting a responsiveness review of those records, and would provide updated estimates as the responsiveness review continued. *See* Jt. Status Report (ECF No. 11) ¶ 3. The parties agreed to discuss a reasonable processing and production schedule to move this request forward at an expeditious pace. *Id.*

3. State reports now that its responsive review is ongoing, but that it unfortunately continues to experience technical difficulties with the review of this case file. State anticipates

processing Plaintiff's FOIA request by reviewing 300 pages each month. State anticipates making its first production by March 30, 2026.

The parties respectfully propose filing a joint status report on or before April 6, 2026, updating the Court on the status of this request.

| | |
|---|---|
| Dated: February 26, 2026<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| /s/ Ramona R. Cotca<br>Ramona R. Cotca<br>D.C. Bar No. 501159<br>KARA M. DAVIS<br>D.C. Bar No. 90034377<br>Judicial Watch, Inc.<br>425 Third St., S.W., Ste. 800<br>Washington, D.C. 20024<br>Ph: (202) 646-5172<br>rcotca@judicialwatch.org<br>kdavis@judicialwatch.org<br><br>*Attorneys for Plaintiff* | By: /s/ Kimberly A. Stratton<br>   KIMBERLY A. STRATTON<br>   P.A. Bar #327725<br>   Assistant United States Attorney<br>   601 D Street, NW<br>   Washington, DC 20530<br>   Ph: (202) 417-4216<br>   Email: kimberly.stratton@usdoj.gov<br><br>*Attorneys for the United States of America* |